GERTRUDE T. BERGEN *v.* MICHAEL BELFONTI

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 533 (AC 21299), is denied.

*Eric R. Gaynor*, in support of the petition.

*Robert C. Lubus*, in opposition.

Decided February 6, 2002

STATE OF CONNECTICUT *v.* KHARI MILLER

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 544 (AC 21471), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided February 6, 2002